

OCT - 6 2021

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>LUTHER HALL, )<br>)<br>Defendant. ) | **4:21CR00543 SEP/SPM** |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about July 3, 2021, in the City of St. Louis, within the Eastern District of Missouri,

**LUTHER HALL,**

the Defendant herein, knowingly possessed a firearm, knowing he had previously been convicted in a court of law of one or more crimes punishable by a term of imprisonment exceeding one year, and the firearm previously traveled in interstate or foreign commerce during or prior to being in Defendant's possession of same.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney


_____
MATTHEW A. MARTIN, #64000MO
Assistant United States Attorney